UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELIZABETH BIDWELL,** | : | Civil No.  1:21-CV-1387 |
| **Plaintiff** | : | |
| v. | : | ( Magistrate Judge Carlson) |
| **KILOLO KIJAKAZI,** **Acting Commissioner of Social Security,** | : | |
| **Defendant** | : | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, IT IS ORDERED that the plaintiff's request for a new administrative hearing is GRANTED, the final decision of the Commissioner denying this claim is VACATED, and this case is REMANDED to the Commissioner to conduct a new administrative hearing pursuant to 42 U.S.C. § 405(g). IT IS FURTHER ORDERED that final judgment should be entered in favor of the plaintiff and against the Commissioner of Social Security.

So ordered this 2nd day of November 2023.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge
